UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-20235-CIV-MORENO

ORLANDO SANCHEZ,

    Plaintiff,

vs.

SWIRE PACIFIC HOLDINGS, INC., et al.,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION FOR ATTORNEY'S FEES AND COSTS

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Defendant Swire Pacific Holding, Inc.'s Motion for Attorneys' Fees and Taxable Costs **(D.E. No. 23)**, filed on **April 20, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 34)** on **June 11, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 34)** on **June 11, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Swire's motion for attorney's fees and costs is hereby DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record